Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Southern Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB -5 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

Lorne Anthony Disalvo

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v.-

David Sonnier Biloxi Officer,
John Doe Biloxi Officer,
City of Biloxi

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:24cv39 TBM-RPM

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lorne Anthony Disalvo |
| Street Address | 1655 Irish Hill Drive Apt. 55 |
| City and County | Biloxi, Harrison |
| State and Zip Code | MS. 39530 |
| Telephone Number | 228-574-6526 |
| E-mail Address | MisterTdisalvo187@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | David Sonnier |
| Job or Title *(if known)* | Biloxi Police Officer Patrolman |
| Street Address | 170 Porter Avenue |
| City and County | Biloxi, Harrison |
| State and Zip Code | MS. 31530 |
| Telephone Number | 228-392-0641 |
| E-mail Address *(if known)* | unknown |

**Defendant No. 2**

| | |
|---|---|
| Name | John Doe |
| Job or Title *(if known)* | Biloxi Police Officer K-9 |
| Street Address | 170 Porter Avenue |
| City and County | Biloxi, Harrison |
| State and Zip Code | MS. 39530 |
| Telephone Number | 228-392-0641 |
| E-mail Address *(if known)* | unknown |

**Defendant No. 3**

| | |
|---|---|
| Name | City of Biloxi |
| Job or Title *(if known)* | N/A |
| Street Address | 140 Lameuse Street |
| City and County | Biloxi, Harrison |
| State and Zip Code | MS. 39530 |
| Telephone Number | 228-435-6257 |
| E-mail Address *(if known)* | unknown |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Rodriguez v. U.S.

42 U.S.C §1983 ; 4th Amendment; 14th Amendment; 28 U.S.C. §1331; 28 U.S.C §1343

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ _____ , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.  If the defendant is a corporation

      The defendant, *(name)* _____ , is incorporated under

      the laws of the State of *(name)* _____ , and has its

      principal place of business in the State of *(name)* _____ .

      Or is incorporated under the laws of *(foreign nation)* _____ ,

      and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.) On Feb. 5, 2023, Defendant officer David Sonnier unlawfully extended a routine traffic stop beyond a reasonable duration without reasonable suspicion of criminal activity, amounting to an unreasonable seizure in violation of the 4th Amendment.

2.) On Feb. 5th 2023, Defendants officer David Sonnier and K-9 officer John Doe conducted an unlawful search of Plaintiffs vehicle without consent or probable cause, violating 4th Amendment and Supreme court ruling Rodriguez v. U.S. During the search, officer Sonnier Seized Plaintiffs lawfully owned firearm without justification. See attached page.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.) Compensatory damages in the amount of $300,000 for loss of liberty, loss of wages and Job opportunities from restricted access to U.S. military bases, emotional distress, reputational harm, damage to credit score from inability to pay bills without a job which I lost due to the arrest,

2.) Punitive Damages of $52,000 against officers Sonnier, and Doe Individually to punish and deter their reckless, blatant and clear disregard for Plaintiffs rights, especially since this isn't the first allegation of the violating of Biloxis civilians rights.

3.) Injunctive relief requiring City of Biloxi Police Dept. Implement proper training on constitutional limits

4.) Attorney and Court fees,

5.) Any other relief deemed appropriate by this court.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _February 5, 2024_

Signature of Plaintiff _____

Printed Name of Plaintiff _Lorne Anthony DiSalvo_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Statement of Claim Cont...

3.) On Feb, 5th, 2023, Officer David Sonnier arrested Plaintiff with Fruit of a Poisonous tree evidence which constitutes a wrongful arrest/false imprisonment in violation of the 4th Amendment.

4.) As a direct result of this false arrest, Plaintiff required bond to secure his pre-trial release subject to restrictions upon his liberty and ability to freely travel, further violating his 4th Amendment rights.

5.) The other Officers present at the scene failed to intervene to stop these violations although possessing a reasonable opportunity to do so.

6.) Such misconduct, unbecoming of an officer was undertaken as a result of the policies, customs and failure to adequately train of Defendant City of Biloxi and it's Police Department.

7.) Plaintiff seeks damages for harm caused, compensatory relief for loss of wages and others, loss of liberty, as well as punitive damages for intentional or reckless violation of clearly established constitutional rights that any normal officer would be aware of.